UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Janet Baumberger v. Bayer Corporation, et al.* | No. 10-cv-13645-DRH |
| *Susan Lee Boudreaux v. Bayer Corporation, et al.* | No. 11-cv-11635-DRH |
| *Cynthia Gail Brannam v. Bayer Corporation, et al.* | No. 10-cv-10869-DRH |
| *Alika D. Brockington v. Bayer Corporation, et al.* | No. 11-cv-13505-DRH |
| *Amy J. Brown v. Bayer Corporation, et al.* | No. 11-cv-11441-DRH |
| *Julie Ann Cary, et al. v. Bayer Corporation, et al.* | No. 11-cv-10201-DRH |
| *Lauren Marie Christopher v. Bayer Corporation, et al.* | No. 10-cv-10809-DRH |
| *Kristin Clemens v. Bayer Corporation, et al.* | No. 11-cv-11186-DRH |
| *Debra Ray Clinard, et al. v. Bayer Corporation, et al.* | No. 10-cv-13432-DRH |
| *Rebecca Danielle Creamer v. Bayer Corporation, et al.* | No. 11-cv-10780-DRH |
| *Andrea L. D'Amore v. Bayer Corporation, et al.* | No. 11-cv-10002-DRH |
| *Colleen A. DeSimone v. Bayer Corporation, et al.* | No. 10-cv-10867-DRH |
| *Dana Diehl v. Bayer Corporation, et al.* | No. 11-cv-10225-DRH |
| *Nicole Feagins v. Bayer Corporation, et al.* | No. 10-cv-13618-DRH |
| *Amanda Martin Fones, et al. v. Bayer Corporation, et al.* | No. 10-cv-13639-DRH |
| *Lottie Jewel Green v. Bayer Corporation, et al.* | No. 11-cv-10830-DRH |
| *Taylor Kirsten Ham v. Bayer Corporation, et al.* | No. 11-cv-11177-DRH |

| | |
|---|---|
| *Robin Lynn Higley, et al. v. Bayer Corporation, et al.* | No. 10-cv-12560-DRH |
| *Laura Elizabeth Hobbs v. Bayer Corporation, et al.* | No. 11-cv-10919-DRH |
| *Yolanda Renee Johnson, et al. v. Bayer Corporation, et al.* | No. 11-cv-10951-DRH |
| *Tracey Jones v. Bayer Corporation, et al.* | No. 12-cv-11144-DRH |
| *Hope Marie Karjala v. Bayer Corporation, et al.* | No. 12-cv-10096-DRH |
| *Allison Kieft v. Bayer Corporation, et al.* | No. 10-cv-13695-DRH |
| *Taylor Krystine Koch v. Bayer Corporation, et al.* | No. 11-cv-12043-DRH |
| *Chrystal Lavoie v. Bayer Corporation, et al.* | No. 10-cv-10924-DRH |
| *Paula Lee v. Bayer Corporation, et al.* | No. 10-cv-10364-DRH |
| *Dawn Marie Mayer v. Bayer Corporation, et al.* | No. 10-cv-12998-DRH |
| *Tiffany Hoerr McFarland, et al. v. Bayer Corporation, et al.* | No. 11-cv-10994-DRH |
| *Tanya K. Meridith v. Bayer Corporation, et al.* | No. 12-cv-10529-DRH |
| *Laura Moss, et al. v. Bayer Corporation, et al.* | No. 09-cv-20103-DRH |
| *Tonya Elaine Neel v. Bayer Corporation, et al.* | No. 11-cv-10810-DRH |
| *Hilary Nelson v. Bayer Corporation, et al.* | No. 10-cv-10345-DRH |
| *Alison Newsome, et al. v. Bayer Corporation, et al.* | No. 11-cv-10912-DRH |
| *Shay Richardson v. Bayer Corporation, et al.* | No. 11-cv-13517-DRH |
| *Erin Robeson v. Bayer Corporation, et al.* | No. 12-cv-11360-DRH |
| *Jennifer Leigh Robinson v. Bayer Corporation, et al.* | No. 11-cv-10057-DRH |
| *Rachel D. Rose v. Bayer Corporation, et al.* | No. 10-cv-12954-DRH |
| *Alexandra Scala v. Bayer Corporation, et al.* | No. 11-cv-10940-DRH |
| *Whitney Ann Scott v. Bayer Corporation, et al.* | No. 10-cv-10779-DRH |

| | |
|---|---|
| *Pamela Lynn Slaughter-Boykin v. Bayer Corporation, et al.* | No. 11-cv-13459-DRH |
| *Ebony Smith v. Bayer Corporation, et al.* | No. 09-cv-10190-DRH |
| *Karen Springfield v. Bayer Corporation, et al.* | No. 10-cv-13757-DRH |
| *Chiquita Stanton v. Bayer Corporation, et al.* | No. 11-cv-10735-DRH |
| *Esther Brianna Thomas v. Bayer Corporation, et al.* | No. 11-cv-10777-DRH |
| *Carley A. Weber v. Bayer Corporation, et al.* | No. 10-cv-10810-DRH |
| *Patricia M. White v. Bayer Corporation, et al.* | No. 10-cv-13643-DRH |
| *Samantha F. Williams v. Bayer Corporation, et al.* | No. 10-cv-13640-DRH |
| *Sandra Lynn Zimmerman v. Bayer Corporation, et al.* | No. 10-cv-10594-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 17, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY: /s/*Sara Jennings*
**Deputy Clerk**

**Dated:** April 18, 2014

Digitally signed by David R. Herndon
Date: 2014.04.18 10:57:51 -05'00'

**APPROVED:**
 **CHIEF JUDGE**
 **U. S. DISTRICT COURT**